IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BYANNCKAH J. GRAHAM, )<br>)<br>Defendant. ) | CRIMINAL NO. 12-30292-MJR |

### STIPULATION OF FACTS

The Defendant and the Government agree and stipulate as follows:

1. Between January 3, 2011, and September 11, 2011, in Marion and Clinton Counties, within the Southern District of Illinois, Defendant purchased 12 boxes of cold tablets containing pseudoephedrine (PSE). Each of these 12 boxes of cold tablets contained 2.4 grams of PSE. Therefore, the total weight of the PSE in these 12 boxes combined was approximately 28.8 grams of PSE.

2. Defendant purchased the 12 boxes of cold tablets in question for the express purpose of reselling them to a methamphetamine cook and dealer whom Defendant knew. Defendant knew full well that the pills which she bought, and then sold at a profit, would be used in the manufacture of methamphetamine.

SO STIPULATED:

_____
BYANNCKAH J. GRAHAM
Defendant

_____
RODNEY H. HOLMES
Attorney for Defendant

Date: 1/15/14

_____
ROBERT L. GARRISON
Assistant United States Attorney

Date: 1/15/14